**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KINGRALE COLLINS
ADC #SK945                                                                                                         PLAINTIFF

V.                                           5:07CV00054-WRW

BUCHANAN, Corporal, Varner Super Max,
Arkansas Department of Correction; TAMMY
LUCKETT, Grievance Officer, Varner
Super Max, Arkansas Department of Correction; and
TAMMY K. ROCHELLE, Grievance Officer,
Varner Super Max, Arkansas Department of Correction                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's cause of action is dismissed without prejudice.

.      DATED this 10th day of May, 2007.

                                                                    /s/Wm. R. Wilson, Jr.
                                                              UNITED STATES DISTRICT JUDGE