**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KINGRALE COLLINS
ADC #SK945                                                                                               PLAINTIFF

V.                                              5:07CV00054 WRW

BUCHANAN, Corporal, Varner Super Max,
Arkansas Department of Correction; TAMMY
LUCKETT, Grievance Officer, Varner
Super Max, Arkansas Department of Correction; and
TAMMY K. ROCHELLE, Grievance Officer,
Varner Super Max, Arkansas Department of Correction                DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 10th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE